IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11CV570-MOC-DSC

| | |
|---|---|
| ANGELA HAMES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| MORTON SALT, INC. AND MORTON | ) |
| INTERNATIONAL, INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

## ORDER

**THIS MATTER** is before the Court on the "Application[s] for Admission to Practice Pro Hac Vice" (documents #2 and 3) filed November 10, 2011 requesting admission of attorneys Brian M. Melber and Scott R. Hapeman to represent Defendants. For the reasons set forth therein, the Motions will be **GRANTED**.

The Clerk is directed to send copies of this Order to counsel for the parties; and to the Honorable Max O. Cogburn, Jr..

**SO ORDERED**.                     Signed: November 10, 2011

_____
David S. Cayer
United States Magistrate Judge